(116 So. 899)

## K. E. KILLIAN v. STATE. (7 Div. 802.)

Supreme Court of Alabama. May 17, 1928.

Certiorari to Court of Appeals.

J. V. Curtis and C. A. Wolfes, both of Ft. Payne, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

SOMERVILLE, J. Petition of K. E. Killian for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Killian v. State, 116 So. 899.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.